*575-58-80*



| GRANTED/ APPROVED | The moving party is hereby ORDERED to provide a copy of this Order to any pro se parties who have entered an appearance in this action within 10 days from the date of this order. | *Cheryl L. Post* |
|---|---|---|
| | | **Cheryl. L. Post**<br>**District Court Judge**<br>Date of order indicated on attachment |

7325 SOUTH POTOMAC STREET
ENGLEWOOD, CO 80112

| Plaintiff: HICA EDUCATION LOAN CORP BY AND THROUGH ITS AGENT SALLIE MAE, INC.<br><br>vs.<br><br>Defendant: JOHN EMERSON | EFILED Document<br>CO Arapahoe County District Court 18th JD<br>Filing Date: Mar 05 2007 2:08PM MDT<br>Filing ID: 14141286<br>Review Clerk: N/A<br><br>Division: |
|---|---|

## ORDER OF JUDGMENT

**UPON** the reading of the Motion for Default Judgment and the attendant Plaintiff's Affidavit of Indebtedness and Status of Defendant, Affidavit of Proper Venue, and Verified Request for Attorney Fees and Costs, and having reviewed the Court's file, and being otherwise advised in the premises, the Court

**DOTH FIND:**

1. Plaintiff seeks default judgment against the Defendant, JOHN EMERSON at this time in reference to the Loan. A copy of the pertinent contractual documents were attached as Exhibits.

2. There has been service upon said Defendant; neither the Defendant nor any attorney has filed an Answer or other responsive pleading in this action on behalf of the Defendant; and this Motion for Entry of Default Judgment is filed after the time for filing of an Answer or other responsive pleading has passed pursuant to the Colorado Rules of Civil Procedure.

3. Venue has been considered and is proper pursuant to Rule 98, Place of Trial, Colorado Rules of Civil Procedure.

4. Counsel for the Plaintiff has made an adequate reasonable inquiry to determine the military status of the Defendant.

**THEREFORE:**

**IT IS ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of the Plaintiff, HICA EDUCATION LOAN CORP BY AND, and against the Defendant, JOHN EMERSON, as follows:

*RECEIVED JUN 10 2007 BY SMSC BNKY LIT UNIT*

DISTRICT COURT
STATE OF COLORADO } ss.
Arapahoe County.
CERTIFIED to be a full, true and correct copy of the original in my custody

APR 25 2007

DATED 4/25/2007 A.D.
TAMMERA HERIVEL
Clerk of the District Court
by _____ Deputy

A. On the Loan known under account no. 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:

   1. The principal amount of $83,274.19; plus

   2. Interest through December 11, 2006 in the amount of $16,960.91, plus interest thereon at the contract rate of 8.125% per annum until payment in full, plus;

   3. Attorney fees of $750.00.

**For a total judgment against the Defendant, JOHN EMERSON, of $100,985.10 plus interest thereon at the contract rate of 8.125% per annum for the total judgment until payment in full is received; and**

   4. Costs to date for the filing fee of $145.98 plus all costs of E-Filing as incurred through LexisNexis, and costs for service of process of $25.00 for a total amount of costs to the date of this Motion in the amount of $170.98 plus all costs of E-Filing.

DONE and SIGNED this _____ day of _____, 2007.

BY THE COURT:

_____
DISTRICT COURT JUDGE

109_200703152019590325.txt
Court: CO Arapahoe County District Court 18th JD

Judge: Post, Cheryl L

Current date: 3/15/2007

Case number: 2006CV4831

Case name: HICA EDUCATION LOAN CORPORATION vs. EMERSON, JOHN

/s/ Judge Cheryl L Post