IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-rj-00023

HICA EDUCATION LOAN CORPORATION, by and through its agent Sallie Mae, Inc.,

Plaintiff,

v.

JOHN EMERSON,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

　　　IT IS ORDERED that the United States' **Motion to Amend Caption** [Doc. # 3, filed 11/30/2010] is DENIED WITHOUT PREJUDICE for failure to comply with D.C.COLO.LCivR 7.1A.

DATED:   December 2, 2010